IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-CR-3113 JB |
| | ) | |
| vs. | ) | Count 1: 21 U.S.C. § 843(b): Use of a |
| | ) | Communication Facility. |
| **AMANDA SILVA,** | ) | |
| | ) | |
| Defendant. | ) | |

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

I N F O R M A T I O N

The United States Attorney charges:

Count 1

On or about March 17, 2019, in Bernalillo County and elsewhere, in the District of New Mexico, the defendant, **AMANDA SILVA**, knowingly and intentionally used a communication facility, to wit: a telephone, session no. 1182, in committing, causing, and facilitating the offense set forth in Count 1 of the Indictment incorporated by reference herein,

In violation of Title 21, United States Code, Section 843(b).

FRED J. FEDERICI
Acting United States Attorney

*[signature: Elaine Y. Ramirez]*

Elaine Y. Ramirez
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274